IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLAS WEIR, ) | |
| ) | |
| Plaintiff, ) | 2:21-cv-01206-RJC-PLD |
| ) | |
| vs. ) | |
| ) | District Judge Robert J. Colville |
| UNIVERSITY OF PITTSBURGH, et al., ) | |
| ) | Magistrate Judge Patricia L. Dodge |
| Defendants. ) | |
| ) | |

## JUDGMENT ORDER

FINAL JUDGMENT is hereby entered in Defendants' favor pursuant to Rule 58 of the Federal Rules of Civil Procedure. This case has been marked closed.

BY THE COURT:

/s/ *Robert J. Colville*
Robert J. Colville
United States District Judge

DATED: November 21, 2022

cc: All counsel of record

    Nicholas Weir
    4503 Stanton Ave
    Pittsburgh, PA 15201